IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSALIND GAINER<br>*Plaintiff(s)* | : : : | |
| v. | : : | CIVIL NO. 24-1296 |
| BORDERTOWN TRANSPORTATION, INC.<br>AND OSCAR MEZA<br>*Defendant(s)* | : : : : | |

## ORDER

AND NOW, on this **2nd** of **December 2024**, and in consideration of Plaintiff's Motion to Remand to State Court (ECF No. 4), Defendants' Response in Opposition to the Motion to Remand (ECF No. 5), Defendants' Letter (ECF No. 11), and both parties arguments made at the October 31, 2024 hearing on the Motion to Remand, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand to State Court is **GRANTED** and the case is **REMANDED** to the Philadelphia County Court of Common Pleas.

2. Plaintiff's Oral Motion, made during the October 21, 2024 hearing, seeking attorney fees under 28 U.S.C. § 1447(c) for Defendants' unreasonable basis for removal is **DENIED**.

BY THE COURT:

_____
THE HONORABLE KAI N. SOCTT
**United States District Court Judge**